RECEIVED
AUG 31 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RITCHIE GROCER CO., Plaintiff | CIVIL ACTION NO. 1:14-CV-02868 |
| VERSUS | CHIEF JUDGE DRELL |
| 2 H INC, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Defendants' Motion to Dismiss (Doc. 95) is GRANTED IN PART and DENIED IN PART. Plaintiff's claims against BEPCO Genpar and BOPCO GP for fraud, punitive damages, continuing tort, continuing trespass, civil fruits, unjust enrichment, and those asserted under Louisiana Civil Code articles 576, 577, 645, 2317, 2322 and 2688, Mineral Code article 22, and Restatement (second) of Torts § 324(A) are DISMISSED WITH PREJUDICE. In all other respects, including Plaintiff's claims under pre-amendment Article 667, Defendants' motion should be DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 30th day of August, 2016.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT